

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER

Appellate case name:        Derick Bell v. The State of Texas

Appellate case number:    01-16-00774-CR

Trial court case number:   1476651

Trial court:                      262nd District Court of Harris County

       The appeal is reinstated on the active docket. Appellant's brief is due within 30 days of the date of this order.

       It is so ORDERED.

Judge's signature: /s/ <u>Michael Massengale</u>
           ☒ Acting individually   ☐ Acting for the Court

Date: <u>April 11, 2017</u>